UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
BRICKLAYERS PENSION TRUST FUND – METROPOLITAN AREA; BRICKLAYERS AND TROWEL TRADES INTERNATIONAL RETIREMENT SAVINGS PLAN; BRICKLAYERS HOLIDAY TRUST FUND, METROPOLITAN AREA; TROWEL TRADES HEALTH AND WELFARE FUND, DETROIT AND VICINITY, BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND; DETROIT METROPOLITAN MASONRY JOINT APPRENTICESHIP AND TRAINING COMMITTEE; and the BRICKLAYERS INTERNATIONAL MASONRY INSTITUTE;

*Plaintiffs*,

vs.

C.J. CONSULTANTS AND CONSTRUCTION COMPANY, a Michigan corporation, C.J. CONCEPTS, L.L.C., a Michigan limited liability company, LASCHELL STEWARD, an individual, and CORNELIUS STEWARD, an individual, jointly and severally,

*Defendants*.

Case No. 11-cv-10441
Hon. Mark A. Goldsmith

---

Paul O. Catenacci (P63054)
NOVARA TESIJA, P.L.L.C.
Attorneys for Plaintiffs
2000 Town Center, Suite 2370
Southfield, MI 48075
(248) 945-0523
poc@novaratesija.com

Laschell Steward
In Pro Per
27131 Winchester Ct.
Farmington Hills, MI 48331
248-318-3036

Cornelius Steward
In Pro Per
27131 Winchester Ct.
Farmington Hills, MI  48331
248-318-3036

## ORDER ON PLAINTIFFS MOTION
## TO STRIKE DEFENDANTS RESPONSE TO COMPLAINT

The Court, having conducted a telephonic motion hearing and having heard arguments from counsel for the Plaintiffs and from Mr. Cornelius Steward on the Plaintiffs' Motion to Strike Defendants' Response to the Complaint, hereby GRANTS Plaintiffs' Motion to Strike Defendants' Response to the Complaint.

**WHEREFORE, IT IS HEREBY ORDERED:**

1. The Defendants' Response to Complaint, filed by Laschell Steward on June 29, 2011, is hereby stricken from the Record;

2. The Clerk's Entry of Default is set aside as to Laschell Steward and Cornelius Steward, only;

3. Laschell Steward, Cornelius Steward, C.J. Consultants and Construction Company, Inc., and C.J. Concepts, L.L.C. are to each file an Answer to the Plaintiffs' Complaint by **August 3, 2011**.

**SO ORDERED**.

Dated:  July 21, 2011                           s/Mark A. Goldsmith
        Flint, Michigan                         MARK A. GOLDSMITH
                                                United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 21, 2011.

                                                s/Deborah J. Goltz
                                                DEBORAH J. GOLTZ
                                                Case Manager